IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-111-Z-BR |
| | § | |
| EMELDA AGUIRRE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 4, 2022, the United States Magistrate Judge issued a Findings, Conclusions, and Recommendation ("FCR") (ECF No. 21). The Magistrate Judge recommends the undersigned United States District Judge order Plaintiff to move for default judgment. ECF No. 21 at 2; *see also* FED. R. CIV. P. 55(a)–(b); N.D. TEX. L.Rs. 55.1, 55.3. No party has objected to the FCR.

After independently reviewing the pleadings, files, and records in this case as well as the FCR, the Court concludes the Magistrate Judge's findings and conclusions are correct.[1] The Court thus **ADOPTS** the FCR. The Court **ORDERS** Plaintiff to move for default judgment **on or before November 18, 2022**.

**SO ORDERED**.

October **31**, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] The title of the FCR erroneously indicates that Plaintiff needs to both seek an entry of default from the United States District Clerk and file a motion for default judgement. However, the Docket reflects that the District Clerk made an entry of default as to both Defendants prior the issuance of the FCR. ECF Nos. 16, 20. The Magistrate Judge acknowledged Plaintiff moved for an entry of default. *See* ECF No. 21 at 1.