

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-111-Z-BR |
| | § | |
| EMELDA AGUIRRE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Of equal date herewith, the undersigned United States District Judge issued an opinion and order **GRANTING** default judgment in Plaintiff's favor against all Defendants. For the reasons stated in the Court's opinion and order, the Court awards the following damages, fees, and costs:

- $10,000.00 in statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II) from all Defendants, jointly and severally;

- $50,000.00 in statutory damages under 47 U.S.C. § 605(e)(3)(C)(ii) from all Defendants, jointly and severally;

- Attorney's fees from all Defendants, jointly and severally, in the amount of $3,753.00, along with attorney's fees for post-trial and appellate services in the amounts of $2,500.00 for collection of a judgment rendered in this action in the event Plaintiff obtains a writ of execution, writ of garnishment, writ of attachment, or other process, $5,000.00 in the event any Defendant files a post-judgment or pre-appeal motion that does not result in reversal of judgment, and $15,000.00 in the event any Defendant files an appeal to the United States Court of Appeals for the Fifth Circuit that does not result in reversal of judgment;

- Costs from all Defendants, jointly and severally, in the amount of $704.00; and

- Post-judgment interest at the highest rate allowed by law as of the date of this Memorandum Opinion and Order.[1]

---

[1] *See* Post Judgment Interest Rates, https://www.txnd.uscourts.gov/post-judgment-rates.

Judgment is rendered accordingly.

December 13, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE